pany of New York required the defendant to pay to the order of Russell Spaulding and Lucile B. Spaulding, the plaintiff herein, the sum of $1,287.09; that the value thereof was that amount; that on March 14, 1923, defendant wrongfully and without authority of plaintiff obtained possession of said check; that plaintiff's indorsement thereon was a forgery; that defendant wrongfully disposed of and converted said check and the proceeds thereof to its own use, to the damage of plaintiff in the sum of $1,287.09, which was the value of the check; that plaintiff has demanded from defendant payment of the amount thereof, but that defendant has neglected and refused to pay the same.

*Joseph M. Hartfield* and *Allen McCarty* for appellant.
*G. Raynolds Stearns, Jr.*, for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, ANDREWS and LEHMAN, JJ.   Absent: CRANE, J.

---

In the Matter of the Claim of ANNA G. VAN CISE against STANDARD OIL COMPANY OF NEW YORK, Respondent.

STATE INDUSTRIAL BOARD, Appellant.

*Workmen's compensation — award properly reversed when based solely upon uncorroborated assertion of deceased employee that injury arose out of and in course of employment.*

*Van Cise* v. *Standard Oil Co. of New York*, 209 App. Div. 838, affirmed.

(Argued November 25, 1924; decided December 9, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 6, 1924, reversing an award of the State Industrial Board made under the Workmen's Compensation Law and directing a dismissal of the claim. The decedent, Carl J. Van Cise, had been in the employ of the Standard Oil Company of New York for some time as a teamster, and on April 15, 1922, while working for his employer

at Geneseo, N. Y., it is alleged he received an injury while climbing on to an oil wagon. It is alleged he slipped and fell and in falling struck the whiffletree of said wagon in such a manner as to sustain a severe trauma to his right testicle, from the result of which he died. The Appellate Division held that the declarations of the deceased employee that the accident which injured him occurred in the course of his employment and arose out of his employment were not corroborated by any proof whatsoever, and that, therefore, the award should be reversed and the claim dismissed.

*Carl Sherman*, Attorney-General (*E. C. Aiken* of counsel), for appellant.

· *Courtland Palmer* and *Peter M. Speer* for respondent.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, ANDREWS and LEHMAN, JJ. Absent: CRANE, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* FRANK MOSCA, Appellant.

*Crimes — robbery in first degree — judgment of conviction affirmed.*

People v. *Mosca*, 208 App. Div. 821, affirmed.

. (Argued November 26, 1924; decided December 9, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 27, 1924, which affirmed a judgment of the Queens County Court, rendered upon a verdict, convicting the defendant of the crime of robbery in the first degree as a second offense.

*Otho S. Bowling* and *Robert H. Elder* for appellant.

*Richard S. Newcombe,* District Attorney (*Charles W. Froessel* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, ANDREWS and LEHMAN, JJ. Absent: CRANE, J.